BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:15-CR-00078-CKD |
| Plaintiff, | ) STIPULATION TO CONTINUE INITIAL ) APPEARANCE AND PETITION FOR ORDER |
| v. | ) OF APPOINTMENT |
| KEITH LAMONT SMITH, | ) |
| Defendant. | ) DATE: April 16, 2015 ) TIME: 9:30 a.m. ) JUDGE: Hon. Carolyn K. Delaney ) |

The United States Attorney through its respective counsel, Jason Leong, Special Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, jointly stipulate and request to continue the initial appearance in the above-captioned matter.  The Federal Defender's office has been in contact with the defendant, KEITH LAMONT SMITH, who is presently out of custody and has not yet made an appearance before this Court.  Based on discussions with the Federal Defender's office, it appears Mr. Smith has informally agreed to be represented by that office and qualifies for appointed counsel.

///

///

Stipulation and Proposed Order        1        U.S. v. KEITH LAMONT SMITH

1  Accordingly, the United States and the Federal Defender's office
2  jointly stipulate and request to continue the initial appearance
3  presently scheduled for April 16, 2015 at 9:30 a.m. to May 21, 2015
4  at 9:30 a.m.  Additionally, the office of the Federal Defender
5  requests an order appointing that office to represent Mr. Smith, and
6  the United States is unopposed.

7  DATED: April 15, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
8

9
                                   /s/ Jason M. Leong
10                                 JASON M. LEONG
                                   Special Assistant U.S. Attorney
11

12 DATED: April 15, 2015           /s/ Linda C. Harter
                                   LINDA C. HARTER
13                                 Chief Assistant Federal Defender
                                   Putative Counsel for Defendant
14

15

16

17

18

19

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00078-CKD |
| Plaintiff, | ORDER CONTINUING INITIAL APPEARANCE AND APPOINTING COUNSEL |
| v. | |
| KEITH LAMONT SMITH, | DATE: April 16, 2015 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the initial appearance in the above-captioned matter is continued to May 21, 2015, at 9:30 a.m. It is further ordered that the office of the Federal Defender shall be appointed counsel of record for the above-named defendant.

IT IS SO ORDERED.

Dated:  April 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order          3          U.S. v. KEITH LAMONT SMITH