HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
KEITH LAMONT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:15-CR-00078-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | ) | DATE: June 11, 2015 |
| KEITH LAMONT SMITH, | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed to between the United States of America through JASON LEONG, Special Assistant U.S. Attorney, and defendant KEITH LAMONT SMITH by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the initial appearance set for May 21, 2015 be continued to June 11, 2015 at 9:30 a.m.

The continuance is requested to accommodate the schedules of the parties. Defense counsel will be out of town for a meeting on May 21, 2015. Therefore the parties are in agreement to continue the initial appearance to June 11, 2015.

DATED: May 7, 2015                                     Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

                                                       /s/ Linda Harter
                                                       LINDA HARTER
                                                       Chief Assistant Federal Defender
                                                       Attorney for Defendant
                                                       KEITH LAMONT SMITH

-1-

DATED:  May 7, 2015                                       BENJAMIN B. WAGNER
                                                          United States Attorney


                                                          /s/ Jason Leong
                                                          JASON LEONG
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the May 21, 2015 initial appearance shall be continued until June 11, 2015, at 9:30 a.m.

Dated:  May 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE