1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA C. HARTER, #179741
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814

5 | Attorney for Defendant
KEITH LAMONT SMITH
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,        ) NO. 2:15-CR-00078-CKD
                                     )
12 |            Plaintiff,            ) STIPULATION AND [PROPOSED] ORDER
                                     ) TO CONTINUE INITIAL APPEARANCE
13 |       v.                         )
                                     ) DATE:  September 3, 2015
14 | KEITH LAMONT SMITH,              ) TIME:  9:30 a.m.
                                     ) JUDGE: Hon. Carolyn K. Delaney
15 |            Defendant.            )
                                     )
16

17

18       It is hereby stipulated and agreed to between the United States of America through

19 JASON LEONG, Special Assistant U.S. Attorney, and defendant KEITH LAMONT SMITH by

20 and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the initial

21 appearance set for July 2, 2015 be continued to September 3, 2015 at 9:30 a.m.

22       The continuance is requested to accommodate the schedules of the parties in response to

23 Mr. Smith's ongoing health concerns.  Mr. Smith has been in and out of the hospital recently,

24 and making an initial appearance could have severe adverse impacts on his health at this time.

25 / / /

26 / / /

27 / / /

28

-1-

Therefore the parties are in agreement to continue the initial appearance to September 3, 2015.

DATED: July 1, 2015                  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
KEITH LAMONT SMITH

DATED: July 1, 2015                  BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Leong
JASON LEONG
Special Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the July 2, 2015 initial appearance shall be continued until September 3, 2015, at 9:30 a.m.

Dated: July 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE