| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LAMONT SMITH,<br><br>Defendant. | No. 2:15-cr-00078 CKD<br><br><br><br>ORDER<br><br>(ECF No. 16) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Presently before the court is a "motion to dismiss indictment" filed by Keith Lamont Smith (hereinafter movant). (ECF No. 16.) However, movant is not the Keith Lamont Smith charged in this case number (hereinafter defendant), but rather a federal inmate who improperly had a detainer placed on him due to the shared name. The detainer was a result of a warrant being issued for defendant, and the United States Marshals confusing movant for defendant.

Upon discovering this error movant filed the present motion to remove the detainer and dismiss the criminal information filed in this case. After movant filed the motion, apparently realizing the mistake, the Marshals requested the detainer be lifted.

It would therefore be improper to grant movant's motion to dismiss, both because movant has no standing to dismiss a criminal case to which he is not a party, and because the detainer he

/////

/////

1

complains of has since been removed, mooting his complaint.

Accordingly, the court DENIES movant's motion to dismiss.

Dated: October 21, 2019

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.078.smit