UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH LAMONT SMITH<br><br>Defendant. | Case No. 2:15-cr-00078-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KEITH LAMONT SMITH</u> Case No. <u>2:24-cr-00093-KJM</u> Charges <u>18 USC § 13</u> from custody for the following reasons:

| | |
|---|---|
| __X__ | Release on Personal Recognizance – Mr. Smith is not to drive a car. |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| _____ | (Other): _._ |

Issued at Sacramento, California on May 14, 2024 at 2:00 PM

Dated:　May 14, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE